**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6395**

MARTIN WALKER,

　　　　　　Plaintiff - Appellant,

　　　v.

WEXFORD HEALTH SOURCES, INC.; DR. PAUL MATERA, M.D.,
Individual and Official Capacity; DR. ARESAHEGN GETACHEW; DR.
MICHAEL DOUGHTY, D.P.M, individual and Official Capacity;
BRUCE FORD, P.A., Individual and Official Capacity; JUDITH
HEARTHWAY, N.P., Individual and Official Capacity; WARDEN
KATHLEEN GREEN, Individual Capacity; ASSISTANT WARDEN RONALD
DRYDEN, Individual Capacity; DR. JASON CLEM, M.D.; ROBERT
HANKE; DEPUTY COMMISSIONER CAROLYN ATKINS; S. GUSTUS,
Administrative Remedy Coordinator; C. SESSION, Administrative
Remedy Coordinators,

　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. James K. Bredar, District Judge. (1:15-
cv-01889-JKB)

Submitted: August 18, 2016　　　　Decided: August 23, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Martin Walker, Appellant Pro Se. Gina Marie Smith, MEYERS, RODBELL
& ROSENBAUM, PA, Riverdale, Maryland; Lisa J. Russell, WARANCH &
BROWN, LLC, Lutherville, Maryland; Ankush Nayar, OFFICE OF THE

ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martin Walker appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Walker v. Wexford Health Sources, Inc., No. 1:15-cv-01889-JKB (D. Md. Mar. 2, 2016). We deny Walker's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3